# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| | | |
|---|---|---|
| United States of America<br>v.<br>Cornelius Stewart<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19-cr-105-wmc-1 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Cornelius Stewart,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☑ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Violations of Supervised Release Conditions, in violation of 18 U.S.C. § 3583(e)(3)

Date: 12/22/2023

/s/ L. Miller
*Issuing officer's signature*

City and state: Madison, Wisconsin

L. Miller, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*